IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHERINE ELIZABETH PAIZ; LUIS ALBERTO GONZALEZ,<br><br>    Defendants.<br>                                          / | No. C 06-00710 WHA<br><br>**ORDER REQUIRING SUBMISSION OF JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED SPECIAL VERDICT FORM** |

By **5:00 P.M.** on **FRIDAY, SEPTEMBER 14, 2007**, the parties will please submit the following:

    1.    A joint set of proposed instructions on substantive issues of law arranged in a logical sequence. If undisputed, an instruction shall be identified as "Stipulated Instruction No. ____ Re _____," with the blanks filled in as appropriate. If disputed, each version of the instruction shall be inserted together, back to back, in their logical place in the overall sequence. Each such disputed instruction shall be identified as, for example, "Disputed Instruction No. ____ Re _____ Offered by _____," with the blanks filled in as appropriate. All disputed versions of the same basic topic shall bear the same number. Citations with pin cites are required, even if the instruction is by stipulation. Any modifications to a form instruction must be plainly identified. If a party does not have a counter-version and simply contends no such instruction in any version should be given, then that party should so state (and explain why) on a separate page inserted in lieu of an alternate version. You need not

provide any preliminary instructions, general instructions or concluding instructions, all of which the Court will do on its own in a draft for comment.

    2.    A separate memorandum of law in support of each party's disputed instructions, organized by instruction number. Please quote exactly (without ellipses) controlling passages from the authorities and give pin cites.

    3.    A joint special verdict form with the questions (as few as possible) arranged in a logical sequence.

**IT IS SO ORDERED.**

Dated: September 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE